# COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 5/8/2018   DAY: Tuesday   START TIME: 12:42 PM   END TIME: 1:19 PM
JUDGE/MAG.: W. Conley   CLERK: K. Frederickson   REPORTER: FTR
PROBATION OFFICER: M. Johnson   INTERPRETER: _____   SWORN: _____
CASE NUMBER: 17-cr-119-wmc   CASE NAME: USA v. Shane Johnson

**APPEARANCES:**
AUSA: Beth Altman   DEFENDANT ATTY.: Kelly Welsh

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
TOTAL OFFENSE LEVEL: 33   CRIMINAL HISTORY CATEGORY: III
ADVISORY GUIDELINE IMPRISONMENT RANGE: 168* to 210* MONTHS.

**SENTENCE:**
COUNT(S) 1 : ☒ INDICTMENT   ☐ INFORMATION
CBOP CT. 1 ; 240 MOS.; 10 YRS. S/R; $ 100 CA; $ ____ REST.; $ ____ FINE.
CT. ____ ; ____ MOS.; ____ YRS. S/R; $ ____ CA; $ ____ REST.; $ ____ FINE.
☐ VOLUNTARY SURRENDER: ____ between ____ and ____ ;
☐ RELEASE CONDITIONS CONTINUED.
☒ DETAINED.

**ACTIONS:**
☒ PLEA AGREEMENT ACCEPTED
☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
☐ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
☐ REVOKED

**NOTES:**
Based on amount and purity of drugs and prior convictions, defendant faces mandatory minimum of 240 months CBOP

TOTAL COURT TIME: 37 min.